**Exhibit A to the Complaint**

**Location:** Washington, DC  **IP Address:** 70.110.19.194
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C452AEE9A62AAAC042D92760381EB93D56CC4624<br>File Hash: A74133F226748B4F84D52A2C60513BCCB93A5309DCB1FDF59DA9EE0A2EFD4356 | 04/29/2021 03:56:14 | Blacked | 04/24/2021 | 04/27/2021 | PA0002288981 |
| 2 | Info Hash: D9153714340B8A118B0E8886A6F37F370587889A<br>File Hash: 0CD4D11CFE9F72D556632768B634DF98B11D4EBF6DD025F762E50FD9DD5B2296 | 04/26/2021 23:51:07 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 3 | Info Hash: 584FA51D25C60F0E711E00662C57AEC5287BBCCD<br>File Hash: 12741E823567636C1754D511EE8F3C9E005F15C8EB04D5BF29692F29C0791D00 | 03/23/2021 19:57:55 | Blacked Raw | 03/22/2021 | 04/14/2021 | PA0002286722 |
| 4 | Info Hash: 6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02/27/2021 18:26:34 | Blacked Raw | 02/22/2021 | 03/08/2021 | PA0002280371 |
| 5 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 02/01/2021 00:42:55 | Blacked | 01/30/2021 | 02/26/2021 | PA0002283695 |
| 6 | Info Hash: 3FAFBAE34C2D75BE3584038E1FB6D029EBAFC6FC<br>File Hash: 4EACC33EDB6E6FEAC50A101AB4482022AD3F91C1A58A45BD07B6DDE4F9E84964 | 01/31/2021 23:06:24 | Vixen | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 7 | Info Hash: 49635DA350CACC630E1B30CD5322C3D7C3183F00<br>File Hash: F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01/13/2021 00:14:58 | Blacked Raw | 01/11/2021 | 02/26/2021 | PA0002283703 |
| 8 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01/10/2021 11:59:37 | Blacked | 01/09/2021 | 02/09/2021 | PA0002276152 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9D03ACCBE88FB63BAA7325FC79C9B3B35E329643<br>File Hash: CEE276E57F9C15AF2B3DBE38D64187B5F406AB3980DF6704D80680850B0D4EEA | 01/09/2021 00:21:20 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 10 | Info Hash: A6FF0DFFB8C940B3F920070610E0613AE3715065<br>File Hash: E6DD24FB7E8AA1D3646CCBC780B1CEB806A10868AC93E893DD6F1A54B2099B91 | 01/04/2021 00:51:46 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 11 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 12/29/2020 22:06:29 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 12 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12/23/2020 00:50:15 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 13 | Info Hash: E75DBA0655ED0539A3E3C83394A5A123D8198889<br>File Hash: 18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A26417584F1BFE7A035F9240407 | 12/19/2020 06:41:51 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 14 | Info Hash: 39B258056BC2EB474C97D6716D53AC9549E5D86F<br>File Hash: F87F73D0A510E7794F351B7D5B4EBF593968288D9330CA29799B014AE72B954D | 12/12/2020 01:03:43 | Vixen | 12/11/2020 | 01/04/2021 | PA0002277039 |
| 15 | Info Hash: 9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash: 44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 11/23/2020 23:11:25 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 16 | Info Hash: 7124EDEC97F33ED197DD3A7B6771B9FDD21F2A4B<br>File Hash: 369B052861FE2BDB9B9F0E36270485C24BEB0611A43E582A9150EAD7DAE1B011 | 11/23/2020 22:41:37 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |
| 17 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash: CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 11/05/2020 05:12:51 | Vixen | 10/30/2020 | 11/18/2020 | PA0002272620 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 07B81AB10D2FBF5167F8BB0E4A33930DC1ADCF47<br>File Hash: FE1411E9037347A3FE8D7659BD29D5CA30FA794FE9F2B985A7AF3A091FCF8FA8 | 10/27/2020 02:55:08 | Blacked Raw | 10/26/2020 | 11/18/2020 | PA0002272624 |
| 19 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash: 444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10/07/2020 04:08:04 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 20 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/05/2020 17:34:43 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 21 | Info Hash: F419F0F5662DDC2B0518247EEF089638D371876E<br>File Hash: 21AF699188C67A684BFA0CFA717728558A67413FBDE4A625EC706F45C5F4BA85 | 09/29/2020 22:03:44 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 22 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 09/21/2020 23:44:53 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 23 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09/21/2020 22:57:27 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 24 | Info Hash: 4CF6B0E28DD56E7F9BF49F8C6C742F40D0DAB351<br>File Hash: F9F5B138C36A423E5345072599F4E77FC3B3B94AFD6B70D6770120EBCDE8CAF1 | 09/21/2020 22:19:20 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 25 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09/01/2020 03:40:27 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |